[No. 26353-3-III.  Division Three.  July 7, 2009.]

FARMERS INSURANCE COMPANY OF WASHINGTON, *Respondent*, v. WILLIAM VUE, *Defendant*, JAMES W. AASEBY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-04216-1, Jerome J. Leveque, J., entered July 20, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[No. 27243-5-III.  Division Three.  July 7, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN ANTHONY FRAGOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 07-1-00172-7, Richard W. Miller, J., entered June 9, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 27362-8-III.  Division Three.  July 7, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ALEX BUCHMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 08-1-00112-6, Allen Nielson, J., entered July 9, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 60271-3-I.  Division One.  July 13, 2009.]

RUBY J. ANDERSON, *Individually and as Personal Representative, Appellant*, v. ASBESTOS CORP. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-04551-5, John P. Erlick, J., entered November 20, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Lau, JJ.